AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| BURGER KING COMPANY, LLC<br>*Plaintiff(s)*<br>v.<br><br>FRITZ MANAGEMENT, LLC and<br>GUILLERMO PERALES<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-27039-DSL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

FRITZ MANAGEMENT, LLC
By Serving Its Registered Agent:
Corporate Creations Network Inc.
2595 N Dallas Parkway, Suite 350
Frisco, TX, 75034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Joblove, Esq. (mjoblove@venable.com)
Aaron S. Blynn, Esq. (asblynn@venable.com)
VENABLE LLP
801 Brickell Avenue, 15th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Oct 7, 2026

Angela E. Noble
Clerk of Court

SUMMONS

s/ V. BRAHIMI

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

BURGER KING COMPANY, LLC
*Plaintiff(s)*
v.

FRITZ MANAGEMENT, LLC and
GUILLERMO PERALES
*Defendant(s)*

Civil Action No. 1:26-cv-27039-DSL

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

GUILLERMO PERALES
4707 Park Lane
Dallas, TX 75220-2026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael D. Joblove, Esq. (mjoblove@venable.com)
Aaron S. Blynn, Esq. (asblynn@venable.com)
VENABLE LLC
801 Brickell Avenue, 15th Floor
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Oct 7, 2026

SUMMONS

s/ V. BRAHIMI

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court